IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 05-MJ-12-04 (DF) |
| **BRANDON E. POST**, | VIOLATION: SUSPENDED LICENSE |
| Defendant | |

# ORDER AND BENCH WARRANT

Defendant **BRANDON E. POST** having been heretofore directed to appear before the undersigned on a summons entered December 14, 2005, and said defendant having **FAILED TO APPEAR** as directed;

ACCORDINGLY, IT IS HEREBY ORDERED AND DIRECTED that the United States Marshal, his authorized representative, or any authorized law enforcement officer immediately ARREST the said **BRANDON E. POST** and bring him before this court for proceedings in accordance with the Bail Reform Act of 1984.

SO ORDERED AND DIRECTED, this 6th day of JANUARY, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
_____.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |