IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,

VS.

**BRANDON POST**,

Defendant

NO. 5: 05-MJ-12-04 (CWH)

**VIOLATION: SUSPENDED LICENSE**

## ORDER OF DISMISSAL

Upon consideration of the **MOTION FOR DISMISSAL** (Tab #20) filed herein by counsel for the United States, and for cause shown, said motion is GRANTED.  This proceeding against defendant BRANDON POST is DISMISSED *with prejudice*.

SO ORDERED AND DIRECTED, this 15th day of NOVEMBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE